UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

FREDY PAPALOTZI HERNANDEZ, ET AL.,

                    Plaintiffs,          26-cv-184 (JGK)

        - against -
                                         ORDER

NOAH'S ARK BAGELS CORP., ET AL.,


                    Defendants.

———————————————————————————————


JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

April 7, 2026.


SO ORDERED.
Dated:    New York, New York
          March 23, 2026

                              _____
                                      John G. Koeltl
                              United States District Judge