UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDY PAPALOTZI HERNANDEZ,

Plaintiff,

- against -

NOAH'S ARK BAGELS CORP. ET AL.,

Defendant.

26-cv-184 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

It has been reported to the Court that the parties have settled this Fair Labor Standards Act case. ECF No. 25. By **July 28, 2026**, the parties should submit a letter to the Court attaching the settlement agreement and explaining why it is fair, reasonable, and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

The letter should include an explanation of the attorney's fees and costs, together with the necessary time records, biographies, and billing rates to calculate the lodestar.

The action is **stayed** pending the parties' submission.

**SO ORDERED.**

Dated: New York, New York
July 14, 2026

John G. Koeltl
United States District Judge