Case 1:26-cv-00184-JGK Document 29 Filed 08/10/26 Page 1 of 1

**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 10, 2026

Yun Zhou, Esq.
Tel : (718) 353-8588
Email: yzhou@hanglaw.com

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

8/11/26

***Via ECF***
Southern District of New York
ATTN: HON. JOHN G. KOELTL
500 Pearl St
New York, NY 10007

**RE: Hernandez et al v. Noah's Ark Bagels Corp. et al.**
**Docket No.: 1:26-cv-00184-JGK**

Dear Judge Koeltl:

The parties jointly and respectfully submit this letter in response to the Court's Order dated July 28, 2026, directing the parties to submit, by August 10, 2026, a letter attaching the settlement agreement and explaining why the settlement is fair, reasonable, and adequate.

The parties have reached a settlement in principle and have been diligently working to finalize the written settlement agreement. Despite their diligent efforts, however, the parties continue to have differing positions regarding certain terms of the settlement agreement and require additional time to finalize the agreement.

Accordingly, the parties jointly and respectfully request a fourteen (14) day extension of the August 10, 2026 deadline, to and including August 24, 2026, or such other date as the Court deems appropriate. This is the parties' second request for an extension of this deadline.

The parties appreciate the Court's time and consideration of this request.

Respectfuly submitted,

/s/ *Yun Zhou*
Yun Zhou, Esq.
*Attorneys for Defendants*

*/s/James O'Donnell*
James O'Donnell, Esq.
*Attorneys for Plaintiff*