**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FREDY PAPALOTZI HERNANDEZ, ET AL.,**

**Plaintiffs,**

**- against -**

**NOAH'S ARK BAGELS CORP., ET AL.,**

**Defendants.**

**26-cv-00184 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court has granted two requests for an extension of time to file the proposed settlement and the submission explaining why the settlement is reasonable. The last extension expired on August 24, 2026. The time to file the settlement agreement letter explaining why the settlement is reasonable is extended to **September 10, 2026.** If no such letter is filed, the case will be dismissed with prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 28, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**