# HELEN F. DALTON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598


September 10, 2026

Application granted. No further adjournments without very good cause shown. So ordered. JGKoeltl U.S.D.J. 9/11/26

**Via ECF**
The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1330
New York, NY 10007

Re: **Hernandez, et al. v. Noah's Ark Bagels Corp., et al.**
**Civil Docket No.: 1:26-cv-184 (JGK)**

Dear Judge Koeltl:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter jointly with counsel for Defendants to advise the Court as to the status of the parties' settlement discussions and to request a one-week extension of time to file the parties' motion for settlement approval and settlement agreement. As an initial matter, the parties apologize for the delay in filing the aforementioned documents and for missing the prior deadline for filing.

Over the last few weeks, the parties have been trying to resolve a key issue regarding the terms of settlement. This issue previously prevented the parties from being able to finalize the settlement agreement and obtain party signatures. The parties have negotiated in good faith on this issue for a number of weeks now and believe they have now resolved this outstanding issue. As such, we are now in the process of finalizing the settlement agreement for party signatures and request one week – or by September 17, 2026 – to file the motion for settlement approval and settlement agreement.

This is the third request for an extension of this deadline and this request will not affect any other dates or deadlines.

We thank the Court for its consideration and patience and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.