**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FREDY PAPALOTZI HERNANDEZ, ET AL.,**

**Plaintiffs,**

**- against -**

**NOAH'S ARK BAGELS CORP., ET AL.,**

**Defendants.**

**26-cv-184 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiffs are requested to file a status report on the status of this case by **November 24, 2026**. If no status report is filed by that time, the case will be closed.

**SO ORDERED.**

**Dated: New York, New York**
**November 18, 2026**

**John G. Koeltl**
**United States District Judge**